1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Deputy Chief, Criminal Division

4  THOMAS E. STEVENS (CABN 168362)
   TIMOTHY J. LUCEY (CABN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: Thomas.Stevens@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10 - 0588 EJD |
| Plaintiff, ) | UNITED STATES' EX PARTE REQUEST TO DISCLOSE GRAND JURY |
| v. ) | TRANSCRIPT; [PROPOSED] ORDER |
| JOSEPH J. VIOLA, ) aka GIUSEPPE VIOLA ) | . |
| Defendant. ) | |

Pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, the United States hereby makes this ex parte request to disclose the transcript of Frank J. Racioppo, Jr. and all exhibits thereto, to the defendant Joseph J. Viola.

The government has determined that Mr. Racioppo may be called by the government as a witness in its case-in-chief in the forthcoming trial in this matter, such that Mr. Racioppo's testimony before the grand jury would constitute a prior statement of a government witness under Rule 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act.

Therefore, pursuant to Rule 26.2, the Jencks Act, and for the reasons and case law cited in the government's September 1, 2011 response to the defendant's request for grand jury

1  transcripts, the United States hereby requests permission and authority from this Court to
2  disclose the subject transcript, with all subject exhibits, in accord with Rule 6(e)(3)(E)(i), which
3  authorizes disclosure of a grand jury matter "preliminarily to or in connection with a judicial
4  proceeding."

Date: September 21, 2011

                                            Respectfully Submitted,

                                            MELINDA HAAG
                                            UNITED STATES ATTORNEY

                                                 /s
                                            THOMAS E. STEVENS
                                            TIMOTHY J. LUCEY
                                            Assistant United States Attorneys

     IT IS SO ORDERED.


Dated: September 22, 2011

                                            HON. EDWARD J. DAVILA
                                            United States District Court

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused a copy of:

**UNITED STATES' EX PARTE REQUEST TO DISCLOSE GRAND JURY TRANSCRIPT; [PROPOSED] ORDER**

in the case of **UNITED STATES v. JOSEPH J. VIOLA, CR 10-0588 EJD** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Joseph J. Viola, aka Giuseppe Viola, ULU 187**

**Alameda County Jail**

**550 6th Street, 4A 11**

**Oakland, CA 94607**

\_\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

\_\_\_\_\_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_X\_\_ (By Regular Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2011

/s/
NATACHIANA BURNEY
Legal Assistant
United States Attorney's Office

**USA EX PARTE REQUEST; [PROPOSED] ORDER**
**CR-10-0588 EJD**      3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>                Plaintiff,<br><br>v.<br><br>Joseph J. Viola<br><br>                Defendant. | Case Number: CR10-00588 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Viola
Alameda County Jail
ULU187
550 6th St., 4A 11
Oakland, CA 94607

Dated: September 23, 2011

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk